United States District Court
Southern District of Texas
**ENTERED**
October 01, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| JOHNNY PARTAIN, § § Plaintiff, § § VS. § § KENNETH PAXTON, DAWN § BUCKINGHAM and APACHE § CORPORATION, § § Defendants. § | Civil Case No. 7:24-CV-00528 |

# FINAL JUDGMENT

In accordance with the Order on Findings, Conclusions, and Recommendation of the United States Magistrate Judge signed by the Court on this date, the Court finds that this case should be **DISMISSED WITHOUT PREJUDICE.**

This is a **FINAL JUDGMENT**.

Signed on September 30, 2025.

_____
**DREW B. TIPTON**
**UNITED STATES DISTRICT JUDGE**